AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

**FILED**

APR 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
|  | ) | |
| ANDREA ALESSANDRINI | ) | |
|  | ) | **2:19 - MJ - 0063   KJN** |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 2015 through Present_____ in the county of _____Placer, and else where_____ in the _____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(2), (f); | Identity Fraud; |
| 18 U.S.C. § 1029(a)(4); | Access Device Fraud; |
| 18 U.S.C. § 2. | Aiding and Abetting. |

This criminal complaint is based on these facts:

(see attachment)

☒   Continued on the attached sheet.

_____
*Complainant's signature*

Heriberto Cadena
Special Agent Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Apil 19, 2019__

_____
*Judge's signature*

City and state: _____Sacramento, California_____

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Heriberto Cadena, being duly sworn, depose and state the following:

### **INTRODUCTION AND AGENT BACKGROUND**

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since March 6, 2016. I am currently assigned to the Sacramento Division Field Office, Cyber Squad, which investigates matters related to computer intrusions (i.e. "hacking"), access device fraud, identity fraud, and other frauds perpetrated over the Internet. In the course of my employment at the FBI, I have investigated federal criminal violations related to cyber intrusions, including but not limited to illegal darknet activity, cyber fraud, ransomware, drug trafficking, and crimes against children. During the course of my employment as a Special Agent, I have executed and participated in multiple search and arrest warrants. In addition to training at the FBI Academy, Quantico, Virginia, I have completed numerous job-related training courses, including cyber-related training programs. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, such as all sub-sections of Title 18, United States Code 18 U.S.C. sections 1028 (identity fraud) and 1029 (access device fraud).

2.     I submit this Affidavit in support of the issuance of a Criminal Complaint charging ANDREA ALESSANDRINI ("ALESSANDRINI") with violations of 18 U.S.C. § 1028(a)(2), (f) (identity fraud), § 1029(a)(4) (access device fraud), and 18 U.S.C. § 2 (aiding and abetting).

3.     The information contained in this affidavit is known personally by me as a result of my direct participation in the investigation; from review of documents and computer records; and from my conversations with other agents, FBI virtual currency experts, law enforcement officers, and a cooperator with whom I am familiar and have found to be credible and reliable. The affidavit is further based upon my training, experience and advice received concerning the use

of computers in criminal activity and the forensic analysis of electronically stored information ("ESI"). This affidavit does not include every fact known to me, but only those facts that I believe are sufficient to establish probable cause for the issuance of a criminal complaint for ·ALESSANDRINI.

## FACTS SUPPORTING PROBABLE CAUSE TO ISSUE A CRIMINAL COMPLAINT

### *Summary*

4.     As set forth below, there is probable cause to believe that ALESSANDRINI has sold false identification documents and access device-making equipment on a number of "darknet" websites for profit, and thus has aided and abetted, committed, attempted, and conspired to commit identity fraud and access device fraud in violation of 18 U.S.C. §§ 1028(a)(2) and (f), 1029(a)(4), and § 2.

5.     Specifically, and as detailed further below, ALESSANDRINI, using the online alias ▮▮▮▮▮ was a high-level vendor on the now-defunct online dark market, AlphaBay Market ("AlphaBay") and Dream Market, and had vendor accounts on a number of additional online dark market websites, including Hansa Market, among others. ALESSANDRINI has been active and involved in illegal transactions on darknet websites since at least ▮▮, under a variety of online usernames, including ▮▮▮▮ and ▮▮▮▮▮ among others.

### *Background on the Tor Network*

6.     The Tor network is designed to facilitate anonymous communication over the Internet. Information documenting what the Tor network is and how it works is available on the Tor website at www.torproject.org. However, in sum, Tor is a technology that allows individuals to access the Internet with a high degree of anonymity by using "onion routing," which encrypts

2

communications and transfers them through random relay servers to obfuscate the identity of the communications' sender and recipient.

7.     To access the Tor network, a user must install Tor software either by downloading an add-on to the user's web browser or by downloading the free "Tor browser bundle" available at www.torproject.org.[1]  Use of the Tor software bounces a user's communications around a distributed network of relay computers run by volunteers all around the world, thereby masking the user's true Internet Protocol (IP) address,[2] which could otherwise be used to identify the user. Because of the way Tor routes communications through computers, traditional IP identification techniques are not viable.  When a user on the Tor network accesses a website, for example, the IP address of a Tor "exit node," rather than the user's actual IP address, shows up in the website's IP log.  An exit node is the last computer through which a user's communications were routed.

8.     Within the Tor network, entire websites can be set up as "hidden services." Hidden services operate the same as regular public websites with one exception.  The IP address for the web server is hidden and is replaced with a Tor-based web address, which is a series of algorithm-generated characters, such as "asdlk8fs9dflku7f" followed by the suffix ".onion."  A user can reach these hidden services only if the user is using the Tor client.  And unlike an open Internet website, it is not possible to determine through public lookups the IP address of a computer hosting a Tor hidden service.  Neither law enforcement nor users can therefore determine the location of the computer that hosts the website through public lookups.

---

[1] Users may also access Tor through so-called "gateways" on the open Internet; however, use of those gateways does not provide users with the anonymizing benefits of the Tor network.

[2] An IP address is a unique numeric or alphanumeric address used by computers on the Internet.  An IPv4 address looks like a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses and assign individual IP addresses to their customers.  Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

9.     Accordingly, use of Tor accordingly makes it difficult for law enforcement agents who are investigating Tor hidden services websites and their users to determine the host's, administrator's, or users' actual IP addresses or physical locations.

### Background on Online Dark Markets

10.     The United States, including the FBI, is investigating the administrators and/or users of a number of Tor hidden services that operate (or operated) as online black-markets, including AlphaBay Market, Hansa Market, Dream Market, and more. (As discussed elsewhere, several of these sites are no longer operating.)

11.     Although each site differs in the types of goods and services offered, these sites operate (or operated) similarly, and much like conventional e-commerce websites. Site users register for a free account and select a screen name and password of their choosing. Once an account is created, users are able to browse goods for sale, which are typically organized by category on the site's home page. These sites further provide a search capability that enables users to find listings for the types of illegal goods or services they want to purchase, and may permit searching by price range, popularity of item, vendor, origin or shipping country, and payment type. The goods and services sold on the darknet sites discussed herein are pervasively criminal in nature.

12.     Online dark markets typically require their users to transact in virtual currencies, including Bitcoin, and do not allow for transactions in official, government-backed currencies. Virtual currencies are not issued by any government, but instead are generated and controlled through computer software operating on decentralized peer-to-peer networks. Users of virtual currencies send units of value to and from "addresses," which are unique strings of numbers and letters functioning like a public username. Virtual currency transactions are usually recorded on publicly available, distributed ledgers, often referred to as a blockchain. Because virtual currencies

can be transferred peer-to-peer, users can limit their interaction with traditional, regulated financial institutions, which collect information about their customers and maintain anti-money laundering and fraud programs. Cryptocurrencies, including Bitcoin, have known legitimate uses. However, given the ease with which they can be used to move funds with high levels of anonymity, cryptocurrencies can be used to facilitate illicit transactions and to launder criminal proceeds.

13. **AlphaBay Market.** Until it was seized by U.S. law enforcement in July 2017, AlphaBay Market was the largest online black-market through which users in the United States and abroad bought and sold malicious software, hacker-for-hire services, stolen financial information and payment cards/numbers, access device-making equipment, firearms and explosives, counterfeit goods and currency, toxic chemicals, illegal narcotics and other controlled substances, and other illegal contraband using virtual currencies, including Bitcoin, Ethereum and Monero. An associated AlphaBay forum offered a platform for users to post public electronic messages relating to AlphaBay and its criminal activities, as well as to send direct messages to other users. AlphaBay and its users were able to bypass the traditional financial systems by only permitting virtual currencies as a means of payment, including Bitcoin, Ethereum, and Monero.

14. **Hansa Market.** Until it was taken down by Dutch law enforcement in July 2017, in coordination with the U.S. seizure of AlphaBay, Hansa Market was another large-scale online black-market through which users in the United States and abroad sold and purchased malicious software, stolen financial information, counterfeit goods, illegal narcotics and other controlled substances online. Transactions on Hansa Market were conducted using Bitcoin.

15. **Dream Market** remains operational and is currently one of the largest darknet markets through which users in the United States and abroad buy and sell malicious software, stolen financial information, counterfeit goods, illegal narcotics and other controlled substances

5

online, using Bitcoin and other virtual currencies.[3]  As of November 30, 2018, there were approximately 150,739 listings on Dream Market for predominantly illicit goods and services.

### User ███████ Sells Access Device-Making Equipment and False Identification Documents on the Darknet

16.     Starting in 2015, FBI agents observed that a user using the online nickname, ███████ was offering to sell various illegal products on AlphaBay, including fraudulent identity cards ████████████████████████████████████████████ ████████████████████████████████████████. ███████ also offered for sale various access device-making equipment, including ███████████ ██████████ ATM skimmers (that is, a device used to surreptitiously record the magnetic stripe data of cards inserted into an ATM, as well as the pincode used).

17.     While AlphaBay was operating, ███████ gained a "Level █" status which, according to information published on the AlphaBay platform, indicated that he had accomplished over ███████ USD in transactions.  Records obtained from the lawfully seized AlphaBay website confirmed that ███████ completed over ███████ in sales on AlphaBay.

18.     On his publicly posted AlphaBay vendor profile, ███████ claimed to have also been a vendor on additional (and all now defunct) dark marketplaces "since ██████," including on Silk Road, Black Market Reloaded, and Evolution marketplaces, "specializing in carding███████ ████████████████████."

19.     Many of ███████'s product listings on AlphaBay also indicated that he worked with an associate (referred to here as "CO-CONSPIRATOR 1"), who produced the fraudulent identity cards and assisted in producing the "farmed identities"—that is, "full" fraudulent or stolen identity

---

[3] In late March 2019, a message was posted on Dream Market indicating that the site would be closing at the end of April 2019.  However, at the time of this writing, the site remains operational but is not processing new transactions.

packages—both of which were sold via ▬▬▬ 's AlphaBay vendor account.

20.    As of March 11, 2019, ▬▬▬ continued to operate a vendor page on Dream Market. Illicit items advertised on the vendor page include: ▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬ "SSN card," and ▬▬▬▬▬ fraudulent driver licenses from numerous states.

**Undercover Purchases from ▬▬▬ on AlphaBay Market and Dream Market**

21.    Beginning in May 2015, the FBI conducted a series of undercover purchases of illegal goods from ▬▬▬ through AlphaBay and subsequently Dream Market.  Some of these transactions are described below.

### May 28, 2015 AlphaBay Transaction (Fraudulent Driver License)

22.    On or about May 28, 2015, an undercover FBI agent reviewed a listing on ▬▬▬ AlphaBay vendor page offering a fraudulent New York State driver license for $▬▬, including shipping.  The listing stated:



The listing further stated:

7



The agent purchased the fraudulent driver license through the AlphaBay marketplace using Bitcoin and provided a photograph and false personal information to be included on the license. On June 11, 2015, the agent received in Roseville, California the mailed counterfeit New York driver license bearing the photograph and false personal information the agent had provided to ▮▮▮▮ on AlphaBay.

### August 20, 2015 AlphaBay Transaction (ATM Skimmer)

23.    On August 20, 2015, an undercover FBI agent reviewed a listing on ▮▮▮▮'s AlphaBay vendor page offering an ATM skimmer for ▮▮▮▮, including shipping. The agent purchased the ATM skimmer through the AlphaBay marketplace using Bitcoin. Prior to finalizing the purchase, the agent exchanged several messages with ▮▮▮▮ including photos of ATM machines taken by the agent, and discussed types of ATM skimmers. During these interactions, it was determined that the "▮▮▮▮" style skimmer was the best option. On September 18, 2015, the agent received a ▮▮▮▮ ATM skimmer in Roseville, California. The outer casing of the ATM skimmer appeared to be manufactured using a 3D printer, which is consistent with ▮▮▮▮

8

advertisements for skimmers on AlphaBay marketplace.

**March 30, 2016 AlphaBay Transaction (Fraudulent Driver License)**

24.     On March 30, 2016, an undercover FBI agent reviewed a listing on ████████ AlphaBay vendor page offering a New York State driver license for $██, including shipping. The agent purchased the driver license through the AlphaBay website and using Bitcoin. When the driver license was not received in a timely fashion, the agent exchanged messages with ██████ on AlphaBay, who advised that the package had been marked return to sender for an unknown reason. ██████ agreed to resend the counterfeit driver license with a rush order.   On April 20, 2016, despite having only ordered one driver license, the agent received two counterfeit New York driver licenses in a single shipment.  The licenses both bore the photograph and false personal information provided by the agent to ██████.

**October 13, 2016 AlphaBay Transaction (Fraudulent Driver License)**

25.     On October 13, 2016, an undercover FBI agent purchased another New York State driver license for $██, including shipping.  The agent requested that ██████ provide a "duplicate of [his/her] previous ID" and provided a shipping address in Roseville, California.  The agent received the counterfeit New York driver license by mail in Roseville, California on November 1, 2016, which bore the same false information and photograph previously provided to ██████.

**September 6, 2018 Dream Market Transaction (Fraudulent Social Security Card)**

26.     On September 6, 2018, an undercover FBI agent reviewed a listing on ██████ Dream Market vendor page offering a U.S. social security card for $██, including shipping. The agent purchased the card through Dream Market, providing a false name and social security number, as well as a shipping address in Roseville, California, and paying for the card using Bitcoin. On September 19, 2018, the agent received the social security card bearing the false

information by mail in Roseville, California.

**October 17, 2018 Dream Market Transaction (Fraudulent Social Security Card)**

27.     On October 17, 2018, an undercover FBI agent reviewed a listing on ████████
Dream Market vendor page offering a U.S. social security card for $██, including shipping.   The
agent purchased the card through Dream Market platform, providing a false name and social
security number, as well as a shipping address in Roseville, California, and paying for the card
using Bitcoin.   On November 11, 2018, the undercover agent communicated with ██████over
messaging platform, Jabber,[4] to report that the social security card had not been received. ██████
concluded that the package had been delayed in Tennessee and would need to be re-shipped.   On
December 6, 2018, the agent received two social security cards by mail in Roseville, California,
each bearing the false information provided by the agent to ██████ .

**January 30, 2019 Dream Market Transaction (Fraudulent Driver License)**

28.     On January 30, 2019, an undercover FBI agent reviewed a listing on ██████
Dream Market vendor page offering a New York State driver license for $██, including shipping.
The agent purchased the driver license through the Dream Market website using Bitcoin and
provided a photograph and false personal information to be included on the license. ██████sent
the agent a message through the Dream Market explaining that the package would be sent from
China and would "take a longer time than usual."   On February 27, 2019, despite having only
ordered one driver license, the agent received two counterfeit New York driver licenses in a single
shipment that bore a return address in Hong Kong.   The licenses both bore the photograph and
false personal information provided by the agent to ██████

---

[4] Jabber, also known as "XMPP," is a secure Internet chatting protocol, which can be used to communicate
with others using an online chat software client.   Jabber handles are unique, that is, no two users may register the same
jabber handle (e.g. ██████████ concurrently).

***The Same Individual Controls Accounts Under Monikers***
***█████ and █████████ on Numerous Darknet Marketplaces***

29.     In October 2017, the FBI and USPIS executed a search warrant at the home of another individual involved in the sale of fraudulent identity cards (hereinafter "COOPERATOR"[5]).  At the time of the search, agents believed that the home was inhabited by █████ or one of █████'s co-conspirators, because some previous orders for illicit goods had originated from that location.  In a subsequent interview, COOPERATOR told agents that s/he and █████ had an ongoing business arrangement in which the two individuals advertised, produced, and shipped illegal items on and through the Darknet.  COOPERATOR could not identify the person s/he knew as █████ by name, as they had communicated only through online and anonymous methods.   COOPERATOR stated that s/he had previously communicated with █████ using a Jabber account.  Although COOPERATOR did not recall the full Jabber handle, s/he recalled that it included the moniker █████ which was a moniker COOPERATOR was familiar with as a user on BMR.

30.     In July 2017, the United States and other countries conducted a large-scale international operation to arrest the administrators of AlphaBay and Hansa Markets and dismantle these sites' technical infrastructure.  Pursuant to a Mutual Legal Assistance request to a foreign country, the FBI lawfully seized the hard drives from the servers used to operate AlphaBay.  From the primary server used to operate the AlphaBay Market, the FBI recovered, among other things, transaction histories, communications, and other information associated with AlphaBay users who

---

[5] COOPERATOR has no criminal history. S/he provided information to agents for exchange for potential charging/sentencing benefits in future criminal proceedings against him/her.  COOPERATOR admitted that s/he participated in various criminal activities in conjunction with the person he/she knows as █████  COOPERATOR is believed to be truthful and reliable, insofar as s/he has admitted his/her criminal conduct, and because the information s/he provided has been corroborated by other information gained independently in this investigation.

transacted and/or communicated on the Market and forum.[6]

31.     Additionally, pursuant to their own legal authorities, in June and July 2017, the Dutch authorities seized and briefly operated the Hansa Market in an undercover capacity, collecting information on its users.  Pursuant to a Mutual Legal Assistance request, the Dutch authorities shared data from the Hansa server with U.S. law enforcement.

32.     Among the information from the AlphaBay and Hansa servers, and as described further below, your affiant found data associated with AlphaBay and Hansa users ████ and ████████ which corroborated that these monikers, as well as these same monikers on other dark market sites, were all controlled by the same individual.

33.     First, records from the AlphaBay servers established that AlphaBay user ████ (hereinafter "AlphaBay ██████") and AlphaBay user ████████ (hereinafter "AlphaBay ██████) shared the same six-digit, user-created personal identification number. This PIN was shared by a total of 19 AlphaBay users, four of whom also used the same password, ████████ Although the AlphaBay ██████ used a more complex and stronger password, ████████ both of these passwords are otherwise linked to a single individual, Andrea ALESSANDRINI (as described further below).[7]

34.     Second, records from the AlphaBay and Hansa servers reveal that AlphaBay ██████ and Hansa user ██████ (hereinafter "Hansa ██████") used near-identical account passwords, that is, ████████ and ████████ respectively.

---

[6] Although the FBI agents who seized and are analyzing the data believe that some communications and/or transaction records may have been deleted from the AlphaBay servers—and therefore these records are not entirely complete—based on their training and experience, these agents believe the records reflect actual, completed communications and transactions.

[7] As AlphaBay had approximately 1.8 million registered users, one would statistically expect a low number of randomly-repeated six digit PINs.  However, when considered with the additional connections between these accounts, based on my training and experience, I do not believe this shared PIN is coincidental.  Moreover, the probability of unrelated users sharing a common pin and the same non-trivial password is exceedingly small.

35.     Third, records from the AlphaBay servers and records seized lawfully from a third darknet marketplace reveal that a registered user, █████, on that site also used the █████████ password used by AlphaBay █████████ and three additional AlphaBay accounts (including █████, discussed below).

36.     Fourth, in public posts on numerous dark market sites, "█████" invited others to communicate on the same, unique communication accounts, that is, AlphaBay █████, Hansa █████ and Dream Market █████ all invited customers to contact him via Jabber, on █████████ Hansa █████ and Dream Market █████ also advertised the same unique ICQ (messaging service) account number █████████ on which █████ could be contacted. Finally, during the execution of the undercover purchases described above, one or more undercover FBI agents communicated with the █████ identities on the █████████ Jabber and the █████ ICQ regarding the undercover purchases. Although it is possible for users to share access credentials for their Jabber and/or ICQ handles with others, based on my training, experience, and conversations with other agents, I know that darknet vendors hide their true identities carefully and that these handles are their (anonymous) public face, so they are unlikely to share their handles with others. This is particularly true of users like █████ who claims to have spent years cultivating an online persona and reputation across multiple dark market forums, which he guards very closely.

37.     Fifth, information associated with █████ use of Pretty Good Privacy ("PGP")[8]

---

[8] PGP uses algorithms to encrypt and decrypt data using public and private keys. A person wishing to encrypt communications using PGP first must create a public and private key pair, usually using open source software. The public and private keys within a key pair are mathematically related to one another. PGP encryption then generally occurs as follows. If a sender wishes to securely communicate with an intended recipient, the sender encrypts his message using his private key and the recipient's public key. The recipient then decrypts the message into plain text using the recipient's private key (which is mathematically linked to his public key and confirms that he is authorized to decrypt the message) and the sender's public key (which is likewise linked to the sender's private key and confirms that the decrypted message is indeed what the sender sent). Based on my review of various dark markets, I am aware that dark market users often use PGP encryption to communicate with one another, in order to ensure that data could

13

encryption suggests that the users of these accounts are the same or related—that is, AlphaBay ███████ and Dream Market ███████ published the same public PGP key on these illicit dark market sites.[9]  Because only the individual(s) who control the private key associated with a public key can read messages encrypted with that public key—and because users are unlikely to share their private keys with anyone other than very close associates—based on my training, experience, and conversations with other agents, I believe that publication of the same public key on these sites indicates that the same individual controlled these accounts.

38.     These connections can be summarized as follows:

---

not be read if intercepted by third parties and to authenticate the communication.  Users frequently either enter their unique public PGP key when registering their new dark market account, or publish it on their user profile.

[9] Based on my training, experience, and conversations with other agents, I know that darknet vendors, especially those with established reputations, authenticate themselves to clients and partners through the use of PGP keys, ICQ account communication numbers, jabber ID's, or encrypted email accounts. Only the owner of the private keys and/or username/password of such accounts can communicate with others.



***Darknet Users*** ███████ ***and "***█████████ ***Are the Same Individual,***
***Andrea ALESSANDRINI***

39.     Based on a tip from COOPERATOR, the FBI learned that in or about October 2013,

COOPERATOR sold a fraudulent New York driver license to a user COOPERATOR knew to

operate on BMR using the moniker ████████" COOPERATOR stated that this transaction was

conducted over Jabber and while COOPERATOR did not recall the buyer's complete JabberID,

s/he recalled that it involved the phrase ███████ (hereinafter "Jabber ██████).

40.     According to records produced by COOPERATOR to the FBI, Jabber ██████

provided two electronic photographs, and the below information, for use on the fraudulent license:



Name: ██████
DOB: ████
DLN: ████
Street Address: ████████

15

City/State/Zip: New York NY 10019
Sex: M
Eyes: BR
Height: 5-11

Although the FBI is unable to confirm with certainty that the information provided in these records

was provided by Jabber ███████ to COOPERATOR, the metadata on the image files indicated

last-modified dates of October 18, 2013, which is consistent with the timeline of the fraudulent

license purchase, and other information provided by COOPERATOR has proved reliable.

41.     The FBI obtained a copy of Andrea ALESSANDRINI's passport application from

the U.S. Department of State, compared the passport photograph submitted with the two images

provided by to COOPERATOR, and believes the images depict the same individual, in part

because the same or similar neck tattoo can be observed in the photographs.  FBI Agents also

observed this tattoo on a social media post made by a Facebook user that the FBI believes is an

alias for ALESSANDRINI (discussed below).  ALESSANDRINI's passport application also

included the following information:

Date of Birth:          ████████
Place of Birth:         ████████ Italy
Email Address:          ████████@hotmail.com
Primary Contact #
Mailing Address         1334 Riverside Dr., #34
                        New York, NY 10033

ID Number               ████████

42.     The FBI compared this and other information associated with Andrea

ALESSANDRINI with information from the darknet ██████ and ██████ accounts.  Based

on this comparison, as described further below, the FBI believes that Andrea ALESSANDRINI

controls or has access to all of the darknet accounts discussed herein, and conducted or participated

in the undercover transactions discussed above.

43.     First, several passwords used by the darknet accounts discussed above include

16

information associated with Andrea ALESSANDRINI.   Several accounts used passwords of

████████████████████████████████ that is, reflecting ALESSANDRINI's

first name, birth year, and "███" (also included in the ███████@hotmail.com account provided

on the passport application).

44.     Second, the information sent by Jabber ████████ to COOPERATOR for use in

the fraudulent identification card purchase included a similar driver license number as was

provided as an "ID number" on the passport application ("DLN" ████████ versus ID number

████████).

45.     Third, transactional data retrieved from AlphaBay suggests that the AlphaBay

████████ account was used to purchase two "carded" flights ████ (that is, flights purchased

using through a third-party vendor and using stolen financial information).     Andrea

ALESSANDRINI is an ████████ naturalized U.S. citizen.

46.     Fourth,   the   FBI   identified   a   Facebook   account   registered   to

████████@hotmail.com, which contains photographs of ALESSANDRINI and his spouse.   The

account bears the username "Woodrow Alessandrini" and the account "likes" ████████████

████████████

47.     Fifth, FBI agents reviewed a video posted on YouTube account that appears to

depict ALESSANDRINI attending a ████████████████████████ The person

who uploaded the video used the email address ████████@hotmail.com, and using alias "An Dre."

48.     Sixth, FBI surveillance has placed ALESSANDRINI at the 1334 Riverside Dr.

address, the address provided on ALESSANDRINI's passport application.   Records from Charter

Communications, Inc. confirm that an Internet account registered to ALESSANDRINI services

this address.  And records from PayPal establish that ALESSANDRINI purchased thousands of

dollars' worth of specialty carding equipment and supplies on eBay between approximately October 2013 and approximately August 2014, which were shipped to the 1334 Riverside address, which is consistent with ALESSANDRINI conducting carding-related activities there. These eBay purchases are summarized below:

| Item Description |
| --- |
| MSR605 HiCo Magnetic Strip Credit Card Reader Writer Encoder MSR206 MSR606 MSR |
| Mini DX3 Portable Magnetic Stripe Card Reader Data Collector Credit Magstripe 3T |
| Fargo HDP5000 Double Sided Card Printer with Encoder Only has 527 prints on it! |
| Geniune Fargo HDP5000 84061 Color UV Ribbon - YMCFK - 500 prints - New Sealed |
| New Fargo 84053 Clear HDP Film for HDP5000 Printers - 1,500 Prints - Sealed New |
| Fargo HDP5000 Cleaning Supplies Kit |
| 2 Ultra Card White PVC Cards HiCo 2Track SILVER MagStripe,2 UltraCard PVC Cards HiCo MagStripe WHITE 2TRACK NSP,2 UltraCard PVC Cards HiCo MagStripe SILVER 2TRACK NSP |
| NEW HOT FOIL STAMPING MACHINE TIPPER STAMPER PVC CARD ALBUM p8 |
| 1000 UltrCard PVC Cards HiCo MagStripe WHITE 2TRACK NSP |
| 1000 Ultra Card White PVC Cards HiCo 2Track SILVER MagStripe |
| Geniune Fargo HDP5000 84061 Color UV Ribbon - YMCFK - 500 prints - New Sealed |
| New Fargo 84053 Clear HDP Film for HDP5000 Printers - 1,500 Prints - Sealed New |
| 4pk HP 60XL 60 XL Ink Cartridge 2 set CC641WN CC644WN F4200 C4680 D2500 |
| 12" 75ga centerfold polyolefin heat shrink film/500 foot roll |
| Fargo Ymcfk Full Color Ribbon /500 Images for the HDP5000 |
| Fargo Ymcfk Full Color Ribbon /500 Images for the HDP5000 |
| DATACARD 150i CREDIT CARD EMBOSSER / INDENT /TOPPER /MAG STRIPE |
| Fargo Ymcfk Full Color Ribbon /500 Images for the HDP5000 |
| New Fargo 84053 Clear HDP Film for HDP5000 Printers - 1,500 Prints - Sealed New |

Based on my training, experience, and conversations with other FBI Special Agents, I know that the abovementioned items may be used in the manufacturing of counterfeit credit cards and other fraud-related activity.

### Additional Illegal Activity and AlphaBay Accounts Linked to ALESSANDRINI

49.     Finally, as discussed above, the FBI identified three additional AlphaBay accounts that shared the same user-selected, six-digit PIN and password (               ) as other accounts discussed above.  According to records from the AlphaBay servers, one of these accounts was used

for one purchase of the drug, Cialis; a second account was used for two purchases of "swatting" services,[10] and a third ("      ") was used for 23 purchases related to credit card and Apple.com fraud.   Specifically, the      account was used to purchase an "Apple.com REFUND SERVICE" for an iPad Mini 4, and the AlphaBay "buyer notes" (i.e., notes submitted by the buyer to the AlphaBay website) listed the billing address of "Andrea Alessandrini, 1334 riverside drive, apt 34, New York, NY 10033," and a shipping address for ALESSANDRINI's wife's place of employment.

---

[10] Based on my training and experience, I am aware that "swatting" refers to the act or practice of making a prank call to emergency services such as 911, in an attempt to bring about the dispatch of armed police officers in the form of SWAT teams to a victim's address chosen by the offender. Swatters typically describe a situation involving potential loss of life to incite rapid response times. "Swatting" is often intended to scare the victim, and can result in injury to both the emergency responders and the victim.

50.   A summary of these connections is as follows:



51.   Based on the foregoing, I submit there is probable cause to believe that:

a)      ALESSANDRINI has used the online monikers ▮▮▮▮ and ▮▮▮▮ on a variety of dark markets, including but not limited to AlphaBay, Dream, Hansa, Evolution, Agora, Silk Road, and Black Market Reloaded;

b)      ALESSANDRINI used the ▮▮▮▮ monikers on at least AlphaBay and Dream Markets to sell and traffic, and aid and abet the sale and trafficking of, a variety of illegal

20

products, including but not limited to device-making equipment (ATM skimmer) and false identification documents (including fraudulent U.S. driver licenses and social security cards), knowing and intending that the ATM skimmers would be used to defraud cardholders, and knowing that the driver licenses and social security cards were produced without lawful authority;

c)   ALESSANDRINI, using the ███████ monikers on at least AlphaBay and Dream Markets, conspired with others, including CO-CONSPIRATOR-1, to sell and transfer a variety of illegal products, including false identification documents (including fraudulent U.S. driver licenses and social security cards), as described in (b), above; and

d)   Andrea ALESSANDRINI receives and makes payments in Bitcoin and/or other virtual currencies when transacting on darknet markets like AlphaBay and Dream Market.

52.   The United States further requests that the Court order that this application and any resulting order be sealed until further order of this Court. These documents discuss an ongoing criminal investigation that is neither public nor known to the target of this investigation. Furthermore, disclosure may jeopardize other ongoing investigations into individuals who have transacted with the target of this investigation. Accordingly, there is good cause to seal these documents as set forth in the attached proposed sealing order because their premature disclosure may seriously jeopardize ongoing investigations.

**[the remainder of this page is blank]**

21

## CONCLUSION

Based on the above information, I respectfully submit that this affidavit supports probable

cause that ANDREA ALESSANDRINI, from at least May 28, 2015, through the present, did aid

and abet, commit, and attempt to commit access device fraud in violation of 18 U.S.C. § 1029(a)(4)

and 18 U.S.C. § 2, and did aid and abet, commit, attempt to commit, and conspire to commit

identity fraud in violation of 18 U.S.C. §§ 1028(a)(2) and 1028(f) and 18 U.S.C. § 2.


HERIBERTO CADENA
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me on April 19, 2019


HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge


APPROVED AS TO FORM:


MIRA CHERNICK, ASSISTANT UNITED STATES ATTORNEY