| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | PAUL A. HEMESATH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

FILED
MAY 0 2 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-0063 KJM |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL REDACTED COMPLAINT AND CASE |
| ANDREA ALESSANDRINI, | |
| Defendant, | |

The government respectfully request that the redacted complaint and this case be unsealed and that all other documents remain sealed is GRANTED.

Dated: May 2, 2019

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge