1   PHILLIP A. TALBERT
    Acting United States Attorney
2   PAUL HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
5

6   LOUISA K. MARION
    Senior Counsel
7   Computer Crime and Intellectual Property Section
    1301 New York Avenue, N.W., Suite 600
8   Washington, DC 20530-0001
    Telephone: (202) 514-1026
9

    Attorneys for Plaintiff
10  United States of America

11
                IN THE UNITED STATES DISTRICT COURT
12
                EASTERN DISTRICT OF CALIFORNIA
13

14  UNITED STATES OF AMERICA,           CASE NO.: 2:19-CR-00080 KJM

15                    Plaintiff,        AFFIDAVIT

16            v.                        DATE: April 5, 2021
                                        TIME: 9:00 a.m.
17  ANDREA ALESSANDRINI,                COURT: Hon. Kimberly J. Mueller

18                    Defendant.

19

20       I, Nicholas G. Phirippidis, hereby depose and state as follows:

21       1.      I am a Special Agent with the United States Department of Justice, Federal Bureau of

22  Investigation ("FBI"). I have been a Special Agent with the FBI since November 25 of 2007. I am

23  currently assigned to the Sacramento Division Field Office, High-Tech Organized Crime Squad, which

24  investigates matters related to criminals' use of the internet to commit crimes, including access device

25  fraud, identity fraud, and narcotics trafficking. In the course of my employment at the FBI, I have

26  investigated federal criminal violations related to cyber intrusions, including but not limited to illegal

27  darknet activity, cyber fraud, ransomware, drug trafficking, and crimes against children. During the

28  course of my employment as a Special Agent, I have executed and participated in multiple search and

    AFFIDAVIT                              1

1   arrest warrants. In addition to training at the FBI Academy in Quantico, Virginia, I have completed

2   numerous job-related training courses, including cyber-related training programs. Moreover, I am a

3   federal law enforcement officer who is engaged in enforcing criminal laws, such as all sub-sections of

4   Title 18, United States Code sections 1028 (identity fraud) and 1029 (access device fraud).

5          2.      Based on my training and experience I know that the Tor network (also known as the

6   "dark web" or the "darknet") is designed to facilitate anonymous communication over the Internet.

7   Information documenting what the Tor network is and how it works is available on the Tor Project's

8   website at www.torproject.org. To access the dark web, a user must install Tor software either by

9   downloading an add-on to the user's web browser, or by downloading a free "Tor browser bundle" or

10  mobile device app, all of which are available at www.torproject.org. (Additional third parties also offer

11  Tor software that can be installed on computers and mobile devices.) The Tor browser can be

12  downloaded and installed in the same manner as any other internet browser, taking less than 5 minutes

13  on a standard computer with a typical residential internet connection. Likewise, Tor apps can be

14  installed on most (if not all) Internet-enabled mobile devices with similar ease. According to

15  metrics.torproject.org, between 2014 and 2017, the Tor network had anywhere between approximately

16  1,000,000 and 3,000,000 daily directly connecting users to their network.

17         3.      I was the lead Case Agent on an investigation into a darknet market named "AlphaBay

18  Market" Until July 5, 2017, AlphaBay Market operated much like a conventional e-commerce website.

19  Any person using a Tor-enabled computer anywhere in the world could register for a free account and

20  select a screen name and password of their choosing. AlphaBay did not do any form of user verification

21  or vetting, or otherwise limit who could create an account on the platform (although users could

22  subsequently be banned for violation of the site's rules). Once an account was created, users were able

23  to browse goods for sale from the AlphaBay home page, which were organized by category. AlphaBay

24  also provided a search tool that allowed users to easily find listings for the types of illegal goods or

25  services they wanted to purchase, and permitted searching by price range, popularity of item, vendor,

26  origin or shipping country, and payment type. AlphaBay Market was advertised on both the dark web

27  and the clearnet (i.e., ordinary Internet), including on websites www.reddit.com and

28  www.deepdotweb.com.

4.      On or about July 5, 2017, the FBI seized the primary server used to operate the AlphaBay Market. From an image of this server, the FBI was able to recover, among other things, metrics, transaction histories, communications, and other information associated with AlphaBay users who transacted and/or communicated on the AlphaBay Market and forum. Based on my review of the primary server of AlphaBay Market, I am aware that there were approximately 1.8 million unique user accounts, with over 350,000 users with at least one purchase on the site, and approximately 11,500 vendors with at least one sale. There were over 368,000 total advertisements for goods and services posted on the site at the time of the site's seizure. Additionally, there were over one million messages posted on the site's discussion forum and over $770 million in sales (as valued at the time of sale) conducted on AlphaBay during its lifetime.

5.      Based on my review of PlasticA's public vendor profile on AlphaBay, I am aware that, while AlphaBay was operating, PlasticA gained a "Level 8" status. According to information published on AlphaBay, a Level 8 status indicated that he had accomplished over $400,000 USD in transactions on the site. A screenshot of a PlasticA AlphaBay product listings as of around June 5, 2017, is below:



6.     Additionally, based on my review of the primary server of AlphaBay, I also know that PlasticA created approximately 49 unique listings on AlphaBay Market over the course of approximately two years, conducted approximately 1,200 sales representing approximately 1,300 unique items, and received over $430,000 USD worth of cryptocurrency (as valued at the time of sale) through AlphaBay in payment for these sales. Additionally, on at least 5 occasions, undercover purchases from PlasticA were completed on AlphaBay Market and another darknet site, Dream Market (discussed below). On every occasion, the illicit goods arrived at the address that was provided to PlasticA. The illicit goods purchased included multiple fraudulent New York state driver's licenses, U.S. social security cards, credit card holograms, and an ATM skimmer.

7.     Based on my training and experience, conversations with other FBI Agents, and PlasticA's own statements on his vendor pages on darknet sites, I am also aware that that PlasticA advertised and claimed to have sold illicit goods and services on the following dark web markets: Silk Road, Black Market Reloaded, Evolution, Tor Carding Forum, Dream Market, Empire Market, Wall Street Market, and AlphaBay; as well as several clearnet hacking/fraud forums sites including: Kurupt.ru, L33t, Exploit.im, InFraud, and Omerta. For example, during the course of the FBI's investigation, the FBI made undercover purchases from PlasticA on Dream Market. Dream Market was another large-scale darknet market used to sell a range of (primarily illegal) goods and services, including illicit drugs and related paraphernalia, stolen identity and financial information, counterfeit identity materials, computer hacking tools, and other goods. Like AlphaBay, Dream Market was highly searchable and easy to use. A screenshot of PlasticA's Dream Market profile, as well as a screenshot of a search conducted to find PlasticA's products (taken in approximately November 2017 and August 2018 respectively) on Dream Market are below. In his vendor profile (the first screenshot), PlasticA claims to have operated on a large variety of clearnet and darknet sites, including Silk Road, Black Market Reloaded, Evolution, Tor Carding Forum, AlphaBay, Trade Route, Omerta, and InFraud. The second screenshot reveals that a search for "plastica" on Dream Market revealed 28 listings and was completed in 0.5 seconds.





Dream Market
lchudifyeqm4ldjj.onion
Established 2013
Shop
Messages: 0
[redacted]
Bitcoin (BTC)
$74.5408
0
Logout
Browse by category
Digital Goods 58573
Drugs 72698
Drugs Paraphernalia 407
Services 5876
Other 7175
฿ Exchange
BTC 1.0
mBTC 1000.0
BCH 13.1
USD 6082.9
EUR 5395.6
GBP 4705.0
CAD 8104.2
AUD 8519.7
mBCH 13109.0
BRL 23233.7
DKK 40251.6
NOK 51533.9
SEK 55683.2
TRY 33226.4
CNH 42733.6
HKD 48393.6
RUB 408451.4
INR 451185.0
JPY 699725.3
Onion mirrors
e2rlc42c2hah6tgj.onion
Contact vendor
Your message has been sent
Username plastica (720) (4.89) (0/0/0) (9, 4.22/5) (117/1/6)
Verified Nucleus: 9 Deals, Rating 4.22/5
FE enabled Yes
Join date 22/07/2017
Last active 14/11/2018 (today)
Trust?
50
8
Report Vendor
Add to favourites
Send message
Profile
Ratings
Terms and conditions
NOTE TO NEW CUSTOMERS:
We don't accept escrow anymore. The chances of loosing money nowadays with this unstable marketplace are very high. TRUST OUR LEGACY, TRUST THE FEEDBACK and TRUST YOUR COMMON SENSE for god's sake!
We have been around on the darknet since 2009
SR, BMR, EVO, AB, TR and tons of carding forum like TCF, Omerta, InFraud, etc.
We are the only authentic real Identities providers on the web and best DMV quality physicals producer out there.

Dream Market
lchudifyeqm4ldjj.onion
Established 2013
Shop
Messages: 0
[redacted]
plastica
Bitcoin (BTC)
B0
0
Logout
Browse by category
Digital Goods 54345
Drugs 63311
Drugs Paraphernalia 264
Services 5813
Other 5905
฿ Exchange
BTC 1.0
mBTC 1000.0
BCH 12.3
XMR 71.1
USD 6327.2
EUR 5591.9
GBP 4982.3
CAD 8281.6
AUD 8762.5
mBCH 12371.0
SEK 58116.6
NOK 53425.0
DKK 41715.5
TRY 39232.7
CNH 43672.7
HKD 49723.1
RUB 420399.0
28 search results (0.5 seconds)
Filter
Ships to
Ships from
Escrow
Category
Cryptocurrency
Price
Searchtext
plastica
Sort by
Vendor
All
Apply filter
cc templates full PSD *plasticA*
B0.01627
plastica (490) (4.87)
US → WW
ESCROW
Order
CA ID new driving license *2018*
B0.03287
plastica (490) (4.87)
US → WW
NO ESCROW
Order
RI ID new driving license *2018*
B0.03287
plastica (490) (4.87)
US → WW
Life Without Plastic
B0.0003287
Jigglypuff (3800) (4.95)
WW → WW

8.      Based on my experience with this investigation, I also know that PlasticA created a public Photobucket profile (http://s1282.photobucket.com/user/plastica88/library/), accessible on the clearnet, for the sole purpose of advertising fraudulent credit card manufacturing. PlasticA's Photobucket account contained approximately 29 images, all of which depicted fake credit cards. The majority of the credit cards appeared to be embossed with the name "PlasticA" and/or "TCF," a reference to Tor Carding Forums. PlasticA also used two other clearnet image hosting sites to advertise customer feedback reviews including www.imgur.com and www.postimg.org. Finally, based on my conversations with other FBI agents, I am also aware that PlasticA also advertised his illegal carding services on Reddit, another clearnet site.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date:  3/31/2021

Nicholas G. Phirippidis
Special Agent
FBI