Michael Chastaine SBN 121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670
(916) 932-7150
Mike@Chastainelaw.net

Attorney for Defendant
ANDREA ALESSANDRINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA ALESSANDRINI<br><br>Defendant. | Case No.: 2:19 CR 0080 KJM<br><br>STIPULATION AND ORDER EXTENDING TURN IN DATE TO JUNE 28, 2021. |

Mr. Alessandrini was sentenced on April 5, 2021 to 20 months in the custody of BOP. The Court allowed Mr. Alessandrini to self surrender "at the institution designated by the Bureau of Prisons before 2:00 pm on 6/7/2021." The court recommended that "the defendant be incarcerated in a New York facility to facilitate visitation with his girlfriend; insofar, as this accords with security classification and space availability."

On or about May 24, 2021 BOP designated the institution to be Brooklyn MDC.

STIPULATION AND ORDER CONTINUING TURN IN DATE
1

Mr. Alessandrini has researched this facilities and has several concerns about it regarding his health and safety, especially with regard to his post-COVID health conditions.  Mr. Alessandrini will be seeking the Court modify its recommendation.  Counsel for Mr. Alessandrini and the Government have been conferring regarding how to facilitate such a recommendation that would meet the safety concerns of Mr. Alessandrini.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, Attorney Michael Chastaine on behalf of Defendant Andrea Alessandrini, stipulate as follows:

1. By this stipulation, Defendant now move to amend Mr. Alessandrini's turn in date to June 28, 2021 before 2:00 p.m.
2. The Court vacate the current turn in date of June 7, 2021.

Assistant U.S. Attorney Paul Hemesath has authorized Michael Chastaine to sign it on his behalf.

DATED:  June 2, 2021

By    /s/Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney

DATED: June 2, 2021

By    /s/Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
ANDREA ALESSANDRINI

STIPULATION AND ORDER CONTINUING TURN IN DATE
2

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Mr. Alessandrini's turn in date of June 7, 2021 be vacated and his new turn in date be June 28, 2021 before 2:00 p.m.

DATED: June 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING TURN IN DATE
3