Michael Chastaine SBN 121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670
(916) 932-7150
Mike@Chastainelaw.net

Attorney for Defendant
ANDREA ALESSANDRINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-0080 KJM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER MODIFYING COURT'S RECOMMENDATION FOR PLACEMENT |
| ANDREA ALESSANDRINI | |
| Defendant. | |

Mr. Alessandrini was sentenced on April 5, 2021 to 20 months in the custody of BOP. The Court allowed Mr. Alessandrini to self surrender "at the institution designated by the Bureau of Prisons before 2:00 pm on 6/7/2021." This turn in date was extended to June 28, 2021 by stipulation. At the time of sentencing, the court recommended that "the defendant be incarcerated in a New York facility to facilitate visitation with his

STIPULATION AND ORDER
1

girlfriend; insofar, as this accords with security classification and space availability."

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Paul Hemesath, Attorney Michael Chastaine on behalf of Defendant Andrea Alessandrini, stipulate as follows:

By this stipulation, Defendant now moves to amend the Court placement recommendation to read:

"The court recommends that the defendant be incarcerated in FCI Otisville satellite camp insofar, as this accords with security classification and space availability."

That this modified recommendation be forwarded forthwith to the United States Marshals Service (USMS) and the Probation Office (USPO, Eastern District of California and that the USMS and USPO deliver a true copy of this order to ECHO Team at the Federal Bureau of Prisons, Designation and Computation Center.

Assistant U.S. Attorney Paul Hemesath has authorized Michael Chastaine to sign it on his behalf.

DATED: June 11, 2021

By /s/Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney

DATED: June 11, 2021

By /s/Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
ANDREA ALESSANDRINI

STIPULATION AND ORDER
2

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Court's placement recommendation in the Judgment and Commitment form for defendant be modified to read

"The court recommends that the defendant be incarcerated in FCI Otisville satellite camp, insofar as this accords with security classification and space availability."

This modified recommendation shall be forwarded forthwith to the United States Marshals Service (USMS) and the Probation Office (USPO), Eastern District of California, and that the USMS and USPO shall deliver a true copy of this order to ECHO Team at the Federal Bureau of Prisons, Designation and Computation Center.

SO ORDERED.

DATED: June 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE